**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| Casey McElwrath, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-00006 UNA |
| | ) | |
| | ) | |
| Commonwealth Financial Systems, Inc., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was opened on January 3, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Stephen N. Limbaugh, United States District Judge, under cause number 1:20-cv-00004 SNLJ.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-00006 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: January 3, 2020              By:  Michele Crayton
                                         Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00004 SNLJ.**